## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORIGA
## ATLANTA DIVISION

CHERI LYNNE COOPER,

        Plaintiff,

                                 CASE NO. 1:24-CV-02904-SEG-LTW

-vs-

EQUIFAX INFORMATION SERVICES
LLC, EXPERIAN INFORMATION
SOLUTIONS, INC., TRANS UNION
LLC, BANK OF AMERICA, N.A.,
BARCLAYS BANK DELAWARE,
CAPITAL ONE, N.A., CITIBANK, N.A.,
GOLDMAN SACHS BANK USA,
JPMORGAN CHASE BANK, N.A., and
TD BANK USA, N.A.,

        Defendants.

### JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT, GOLDMAN SACHS BANK USA.

COMES NOW Plaintiff, CHERI LYNNE COOPER, by and through undersigned counsel, hereby notifies the Court that Plaintiff and Defendant, GOLDMAN SACHS BANK USA have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 17th day of September 2024.

**/s/ Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602
Cell: (813) 299-8537
Tav@theconsumerlawyers.com
*Attorney for Plaintiff*

**/s/ Robert Jacques**
Robert Jacques
Georgia Bar No.: 785727
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel.: (202) 739-3000
Robert.Jacques@morganlewis.com

*Attorney for Defendant Goldman Sachs Bank USA*